SADIE FREEMAN et al., appellants,

*v.*

LEO FEDER et al., executors, &c., respondents.

[Argued June 21st, 1922.   Decided November 21st, 1922.]

On appeal from a decree of the prerogative court advised by Vice-Ordinary Backes, whose opinion is reported in *93 N. J. Eq. 414.*

*Mr. William B. Gourley,* for the respondent Rebecca Rhode.

*Mr. Francis Scott,* for Leo and George Feder.

*Mr. Louis G. Morton* and *Mr. Robert H. McCarter,* for the appellants.

PER CURIAM.

The contest in this case is over the probate of the last will and testament of .Charles Feder. The contest was made on the ground of undue influence. The will was admitted to probate by the orphans court of Passaic county.

On an appeal to the prerogative court the decree of the orphans court of Passaic county was affirmed and the appeal dismissed. We have examined the voluminous record with the result that we have reached the same conclusions as the orphans court of Passaic county and the prerogative court. The questions involved are largely questions of fact.

The decree of the prerogative court affirming the decree of the orphans court of 'Passaic county should be affirmed and the same is hereby affirmed.

*For affirmance*—SWAYZE, TRENCHARD, MINTURN, BLACK, KATZENBACH, WILLIAMS, GARDNER—7.

*For reversal* — THE CHIEF-JUSTICE, PARKER, BERGEN, HEPPENHEIMER, ACKERSON, VAN BUSKIRK—6.